IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02212-BNB

TAMARA RANNEVA,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION (SSA),
DENVER DEPARTMENT OF HUMAN SERVICES (DDHS), and
JEWISH FAMILY SERVICES OF COLORADO (JFS),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 12 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Tamara Ranneva, initiated this action by filing a *pro se* Complaint and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on August 31, 2010. On September 9, 2010, Magistrate Judge Boyd N. Boland ordered the Clerk of the Court to commence a civil action, and ordered Ms. Ranneva to cure certain deficiencies. Specifically, he ordered Ms. Ranneva to file a properly notarized Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, which she filed on September 22, 2010. Ms. Ranneva was granted leave to proceed pursuant to 28 U.S.C. § 1915 by order dated September 23, 2010.

On October 4, 2010, Magistrate Judge Boland reviewed Ms. Ranneva's Complaint and determined that it was deficient. Specifically, he found that the Complaint did not comply with Rule 8 of the Federal Rules of Civil Procedure because Ms. Ranneva failed to set forth a short and plain statement of the Court's jurisdiction and of her claims showing that she was entitled to relief. Magistrate Judge Boland

noted that the Complaint consisted of 123 pages and contained numerous pages of unexplained exhibits interspersed with hand-written pages that were unintelligible. Accordingly, Magistrate Judge Boland directed Ms. Ranneva to submit an Amended Complaint within thirty days. Ms. Ranneva was warned that if she failed to submit an Amended Complaint within the time provided, that the Complaint and the action would be dismissed without further notice.

On November 3, 2010, Ms. Ranneva filed a document titled "(I) Important Notice to Magistrate Judge BOYD N. BOLAND. (II) Addition defendants to the action. (III) Inobservance [sic] certain procedure questions with respect to the action." In the ten-page document, which is difficult to understand, Ms. Ranneva states, *inter alia*, that she is not a prisoner, that she is not proceeding *pro se*, that her Complaint is not frivolous or malicious, that she believes that certain documents sent to her from the Court were forged because they did not have original signatures, and that her original Complaint was sufficient. Ms. Ranneva has now failed to file an Amended Complaint within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly instructed Ms. Ranneva to file an Amended Complaint that complies with Rule 8 of the Federal Rules of Civil Procedure. The Complaint is verbose, confusing, and fails to set forth a short and plain statement of the Court's jurisdiction and of Ms. Ranneva's claims showing that she is entitled to relief. Because Ms. Ranneva has failed to file an Amended Complaint within the time allowed the action will be dismissed. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Tamara Ranneva, to comply with the order to file an amended complaint dated September 23, 2010.

DATED at Denver, Colorado, this 10th day of November, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02212-BNB

Tamara Ranneva
1302 S. Parker Rd. #219
Denver, CO 80231

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/12/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk