IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02212-ZLW

TAMARA RANNEVA,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION (SSA),
DENVER DEPARTMENT OF HUMAN SERVICES (DDHS), and
JEWISH FAMILY SERVICES OF COLORADO (JFS),

    Defendants.

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

Weinshienk, Senior Judge

    Plaintiff has submitted a Notice of Appeal. Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action. The Court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the Court finds that this appeal is not taken in good faith because Plaintiff has not shown the existence of a reasoned, non-frivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

    ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

    DATED at Denver, Colorado this 7th day of December, 2010.

    BY THE COURT:

    /s/ Zita Leeson Weinshienk
    SENIOR JUDGE, UNITED STATES DISTRICT
    COURT FOR THE DISTRICT OF COLORADO